UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED EDWARD MILLING, *et al.*,

                Plaintiffs,

-v-

LOWE'S COMPANIES, INC., *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-13
```

No. 12 Civ. 724 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the January 25, 2013 initial status conference, the parties shall submit, no later than May 31, 2013, a joint letter: (1) updating the Court regarding the status of this matter; and (2) proposing next steps.

SO ORDERED.

Dated:      January 25, 2013
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE